HONORABLE RONALD B. LEIGHTON

FILED ___ LODGED
___ RECEIVED

JUL 18 2005

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIAN KUEHN,

  Plaintiff,

v.

JOSEPH LEHMAN,

  Defendant.

Case No. C05-5342 RBL

ORDER DENYING I.F.P. APPLICATION

The Court adopts the Magistrate Judge's report and recommendation. Plaintiff's application for leave to proceed *in forma pauperis* and motion for service by U.S. Marshals, (Doc. 1), are **DENIED**. This action shall therefore proceed only if plaintiff pays the applicable filing fee ($250.00) **within 30 days** after entry of this order. If plaintiff fails to pay the filing fee within this time period, the clerk shall dismiss plaintiff's causes of action.

The Clerk is directed to mail a copy of this Order to plaintiff.

Dated this 18 day of July, 2005.

RONALD B. LEIGHTON
United States District Court Judge

05-CV-05342-ORD

ORDER
Page - 1